# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| NISUS CORPORATION, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:07-cv-296 |
| | ) | | (VARLAN/SHIRLEY) |
| ROCKWELL LABORATORIES, LTD., | ) | | |
| | ) | | |
| Defendant. | ) | | |

## AGREED ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDICE

In this case came the parties, by and through counsel, and made it known to the Court that all matters, issues and controversies by and between them have been compromised and settled out of Court, and that, by virtue of said compromise and settlement agreement, the suit of Plaintiff, Nisus Corporation, against the Defendant, Rockwell Laboratories, Ltd., is dismissed with prejudice with the court retaining jurisdiction over the parties for purposes of enforcing the compromise and settlement agreement.

It is therefore, ORDERED, ADJUDGED and DECREED that the suit of the Plaintiff herein against the Defendant, Rockwell Laboratories, Ltd., be, and the same hereby is dismissed, with prejudice.

It is further ORDERED that each party is to bear its own costs.

ENTER:

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/Andrew S. Neely_____
Andrew S. Neely (BPR No. 6414)
P. O. Box 1871
Knoxville, TN 37901
Attorney for Plaintiff

s/M. Denise Moretz_____
M. Denise Moretz (BPR No. 010557
P. O. Box 900
Knoxville, TN 37901
Attorney for Defendant